UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:  12-cv-2823 PJS/JJG

_____

Melanie Walsh and Louie Walsh, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

John W. Prosser, individually, Prosser Holdings LLC d/b/a A.C. Financial, and Automotive Restyling Concepts Inc. d/b/a Automotive Concepts,

        Defendants.

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

_____

      The above-named Plaintiffs, by and through their attorney of record, pursuant to Federal Rule of Civil Procedure 23, respectfully move this Court for an Order granting preliminary approval of a class action settlement of all claims, and entry of a final judgment, in accordance with the terms that will be set forth more fully in the Stipulation and Settlement.

Dated this 16th day of May, 2014.

By:    s/Thomas J. Lyons Jr.
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #249646
*ATTORNEY FOR PLAINTIFFS MELANIE WALSH AND LOUIE WALSH*
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile:  (651) 704-0907
tommycjc@aol.com

1