## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Melanie Walsh and Louie Walsh, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>John W. Prosser, individually, Prosser Holdings LLC d/b/a A.C. Financial, and Automotive Restyling Concepts Inc. d/b/a Automotive Concepts,<br><br>Defendants. | Civil No. 12-2823 (PJS<br><br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED** and the Class Action Settlement is preliminarily approved;

2. The parties shall proceed as outlined in the Report and Recommendation; and

3. The Final Settlement Hearing shall take place on September 15, 2014 at 8:30 a.m. in Courtroom 14E, United States Courthouse, 300 South Fourth Street, Minneapolis, MN  55415

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  7/10/14                                        s/Patrick J. Schiltz
                                                              PATRICK J. SCHILTZ
                                                              United States District Judge