UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 12-cv-2823 PJS/JJG

_____

| | |
|---|---|
| Melanie Walsh and Louie Walsh, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>John W. Prosser, individually, Prosser Holdings LLC d/b/a A.C. Financial, and Automotive Restyling Concepts Inc. d/b/a Automotive Concepts,<br><br>             Defendants. | **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

_____

Plaintiffs, by and through their attorney of record, pursuant to Federal Rule of Civil Procedure 23, respectfully moves this Court for an Order granting final approval of a class action settlement of all claims, and entry of a final judgment, in accordance with the terms set forth in the Stipulation of Settlement (*ECF No. 106*).

Dated this 2nd day of September, 2014.   Respectfully Submitted,

                                              By: s/Thomas J. Lyons Jr.

                                              Thomas J. Lyons, Jr., Esq.
                                              Attorney I.D. #249646
                                              *ATTORNEY FOR PLAINTIFFS AND THE CLASS*
                                              CONSUMER JUSTICE CENTER, P.A.
                                              367 Commerce Court

Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:(651) 704-0907
tommycjc@aol.com