# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 12-cv-2823 PJS/JJG

| | |
|---|---|
| Melanie Walsh and Louie Walsh, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>John W. Prosser, individually, Prosser Holdings LLC d/b/a A.C. Financial, and Automotive Restyling Concepts Inc. d/b/a Automotive Concepts,<br><br>    Defendants. | **PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES & COSTS** |

Plaintiffs hereby move the Court for an award for attorney's fees and costs in connection with the above-entitled class action in the amount of $75,000.00. Plaintiffs' Memorandum and evidence in support of Plaintiffs' Motion shall be filed contemporaneously herewith.

Dated this 2nd day of September, 2014.

                By: s/Thomas J. Lyons Jr._____
                Thomas J. Lyons, Jr., Esq.
                Attorney I.D. #249646
                *ATTORNEY FOR PLAINTIFFS*
                *AND THE CLASS*
                CONSUMER JUSTICE CENTER, P.A.
                367 Commerce Court
                Vadnais Heights, MN 55127
                Telephone: (651) 770-9707
                Facsimile:(651) 704-0907
                tommycjc@aol.com